COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-02-433-CV

IN RE EARL NEVELS, CYNTHIA NEVELS RELATORS

AND SOVEREIGN HOMES CORPORATION

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus 
and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding
, for which let execution issue.

PER CURIAM

PANEL B: GARDNER, HOLMAN, and WALKER, JJ.

WALKER, J. would request a response.

[DELIVERED JAN. 10. 2003]

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.